In the Matter of MORRIS ZAP et al., Appellants, *v.* HENRY BRUCKNER, as President of the Borough of The Bronx, City of New York, Respondent.

(Argued May 13, 1930; decided June 3, 1930.)

*Harry H. Chambers* for appellants.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly* and *Willard S. Allen* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.